STATE OF MAINE                                    SUPERIOR COURT
PENOBSCOT,SS                                    DOCKET NO. RE-09-040
                                                *A M + - PEN - 9/30/2011*

CHRIS KLADOPOULOS and            )
TONI A. S. B. KLADOPOULOS,       )
                                 )
                                 )
            Plaintiffs           )      **CONSENSUAL FURTHER ORDER**
                                 )      **ON SUMMARY JUDGMENT**
v.                               )
DONALD GRILLO, *et al.*,          )
                                 )
            Defendants           )
                                 )
                                 )

        This matter was before the Court on Summary Judgment and this Court issued an "Order

on the Parties' Motions for Partial Summary Judgment" dated April 12, 2011. Pursuant to that

Order, the Court granted Plaintiffs' Motion for Summary Judgment as it related to Ridge Road

except as it affected Defendants James E. Leavitt, II and Julie M. Leavitt. These parties were

given more time to respond to the Motion for Summary Judgment before a determination was

made regarding their interests in this litigation as they relate to Plaintiffs' claims.

        Plaintiffs and James E. Leavitt, II and Julie M. Leavitt have filed their further responsive

pleadings. After filing the further pleadings, both the Plaintiffs and James E. Leavitt, II, and Julie

M. Leavitt have agreed and consent to the entry of this Judgment.

        Plaintiffs and James E. Leavitt, II and Julie M. Leavitt agree and the Court does hereby

Order, that Plaintiffs' land, as described in this action and more particularly in a deed recorded in

the Penobscot Registry of Deeds in Book 11130, Page 220, is benefited by a right of way for all

purposes of a way to access the property, including installation of public or private utilities and

for any other purpose for which public roads are commonly used over the road known as Ridge

Road abutting the property of James E. Leavitt, II and Julie M. Leavitt's as described in a deed

recorded in the Penobscot Registry of Deeds in Book 10104 Page 4, ~~to the extent that Ridge~~

~~Road is not now or hereafter a public way~~. James E. Leavitt, II and Julie M. Leavitt contend that

the portion of the Ridge Road that abuts their property is public. No determination is made as to

the ownership interests of James E. Leavitt, II and Julie M. Leavitt in Ridge Road in this action, but this Order affects their interest in Ridge Road to the extent they have or may later obtain any interest.

No costs are awarded to the Parties to this Order.

Clerk shall enter this Order upon the docket.

Dated: ___9/30___, 2011

Justice, Maine Superior Court

Dated: __9/30__, 2011

Andrew W. Sparks, Esq.
Attorney for Chris and Toni Kladopoulos

Dated: __9/30__, 2011

James E. Leavitt, II

Dated: __9/30__, 2011

Julie M. Leavitt

2